■ PATRICIA A. HERRING v PETER A. ADAMS, JR. — Motion to dismiss appeal granted, without prejudice to appellants making a motion at Special Term to vacate or modify the precalendar conference order, as indicated in the order of this court. (See *Everitt v Health Maintenance Center,* 86 AD2d 224.) Concur — Murphy, P. J., Kupferman, Ross, Asch and Milonas, JJ.

■ TONY STEPHANO v NEWS GROUP PUBLICATIONS, INC. — Upon the court's own motion, the order of this court entered on January 4, 1984, is amended solely to reflect the vote of this court at the time of reversal of the order appealed from, as indicated in the order of this court. Concur — Murphy, P. J., Asch, Fein, Milonas and Kassal, JJ.

■ In the Matter of GAYNOR-STAFFORD INDUSTRIES, INC. v CITY OF NEW YORK DEPARTMENT OF FINANCE. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sullivan, J. P., Ross, Bloom, Fein and Kassal, JJ.